74 So.3d 1096 (2011)
Ashonda CLAXTON, Appellant,
v.
FLORIDA UNEMPLOYMENT APPEALS COMMISSION and American Airlines, Inc., Appellee.
No. 1D11-3179.
District Court of Appeal of Florida, First District.
August 24, 2011.
Ashonda Claxton, pro se, Appellant.
A. Robert Whaley, General Counsel, Tallahassee, for Appellee Florida Unemployment Appeals Commission, Tallahassee.
PER CURIAM.
DISMISSED. Durando v. Palm Beach County, 719 So.2d 1258 (Fla. 1st DCA 1998).
DAVIS, PADOVANO, and LEWIS, JJ., concur.